EA-24-0590

PROB 12C
11/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: MICHAEL PATRICK BURNETT | Docket Number: 1:15CR13-1 |

Name of Sentencing Judicial Officer: The Honorable William L. Osteen, Jr.

Date of Original Sentence: October 27, 2015

Original Offense: Interference with Commerce by Robbery in violation of 18 U.S.C. § 1951(a).

Original Sentence: 120 months imprisonment followed by a three (3) year term of supervised release.

April 1, 2016: Amended Judgment filed for Modification of Restitution Order (18 U.S.C. § 3664).

August 23, 2021: Order on Report of Offender Under Supervision was filed.

December 13, 2022: Supervised release was revoked, and Mr. Burnett was committed to the Bureau of Prisons for 21 months followed by 12 months of supervised release.

Type of Supervision: Supervised Release     Second Term of Supervision Commenced: August 25, 2023
                                            Second Term of Supervision Expires: August 24, 2024

Assistant U.S. Attorney: Michael DeFranco     Defense Attorney: David B. Smith

FILED
LOGGED
ENTERED
RECEIVED

MAR 07 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

---

## PETITIONING THE COURT

[X] To issue a Warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the Petition and Warrant to the U.S. Attorney's Office and the United States Marshals Service.

The probation officer believes that Mr. Burnett has violated the following condition(s) of supervision:

**Violation 1 – The defendant shall not commit another federal, state, or local crime.**

On November 28, 2023, Mr. Burnett was arrested by the Baltimore County Police Department (BCPD) in Baltimore County, Maryland, for Theft $100.00 to Under $1500.00, and False Statement to Peace Officer (Baltimore County - D-08CR-23017165). The offense date was November 28, 2023. He is presently being held at the Baltimore County Detention Center, located in Towson, MD, with no bond, and the matter remains pending in the Baltimore County Court.

According to the District Court of Maryland documentation, Walmart Loss Prevention notified authorities of a shoplifting. At approximately 3:56 PM, Walmart personnel identified Mr. Burnett as the person that attempted to steal a turkey, turkey gravy, cheese, and a jumper box, a total value of $127.80. Mr. Burnett retrieved the items from the shelves and walked past all working cash registers without paying or attempting to pay for the merchandise. When approached by Walmart Loss Prevention, Mr. Burnett returned the property but continued walking out of the store. BCPD subsequently intercepted him. When asked for his identification, Mr. Burnett related he did not have it in his possession. He proceeded to provide BCPD with various names and a date of birth of April 5, 1980, but could not be positively identified. As a result, Mr. Burnett was taken into custody. While being transported to the jail, he informed the BCPD officer of his true identity.

**RE: Michael Patrick Burnett**                                                                                                        2

**Violation 2 - The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

Mr. Burnett tested presumptive positive for marijuana and cocaine on October 18, 2023, He provided a signed admission for the marijuana use but denied the use of cocaine. Abbott Toxicology Services confirmed the specimen was positive for cocaine.

U.S. Probation Officer Recommendation:

[X]    The term of supervision should be
      [X]    revoked.
      [ ]     extended for   years, for a total term of   years.

[ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the forgoing is true and correct.

Executed on    December 14, 2023

_Francis J. Carney, Jr._
F. J. Carney
U.S. Probation Officer Specialist

Approved by:

_Michael R. Casey_
Michael R. Casey
Supervisory U.S. Probation Officer

December 14, 2023

Date